# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BERGER, ROBERT D. | U.S. BANKRUPTCY COURT DISTRICT OF KANSAS | 05/06/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. BANKRUPTCY JUDGE | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

125 U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERGER, ROBERT D. | 05/06/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | HOBBY LOBBY - Wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Consumer Bankruptcy Attorneys | 04/26/2012-04/29/2012 | San Antonio, TX | Annual convention CLE speaker | Airfare, cabfare and tips, airport parking and mileage, hotel, meals |
| 2. | Kansas Bar Association | 05/03/2012-05/04/2012 | Wichita, KS | Bankruptcy CLE speaker | Mileage, tolls, hotel |
| 3. | George Mason University Law and Ecomomics Center | 05/06/2012-05/11/2012 | Arlington, VA | Judicial Education Program Economics Institute | Airfare, cabfare and tips, airport parking and mileage, hotel, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERGER, ROBERT D.** | 05/06/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERGER, ROBERT D. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. A.G. EDWARDS/WELLS FARGO/ WACHOVIA SEC. MONEY MARKET ACCOUNTS | A | Interest | J | T | | | | | |
| 2. CAPITOL FEDERAL | A | Interest | J | T | | | | | |
| 3. IRON COUNTY, MICHIGAN (LAND, | | None | J | W | | | | | |
| 4. VALLEY VIEW BANK ACCOUNT | A | Interest | | | Closed | 12/31/12 | J | A | |
| 5. OPPENHEIMER GOLD & SPL A OPGSX** | A | Dividend | J | T | | | | | |
| 6. OPPENHEIMER DEVELOPING MARKETS A OADMX** | A | Dividend | J | T | | | | | |
| 7. OPPENHEIMER EQUITY INCOME FUND A OAEIX** | A | Dividend | J | T | | | | | |
| 8. GABELLI UTILITIES FD CL AAA SHS GABUX | A | Dividend | J | T | | | | | |
| 9. FIRST EAGLE GOLD FUND FEGIX | A | Dividend | | | Sold | 08/10/12 | J | A | |
| 10. GABELI UTILITIES FUND GABUX | A | Dividend | J | T | | | | | |
| 11. INTEGRITY FUNDS WILLISTON ICAPX | A | Dividend | | | Sold | 02/10/12 | J | A | |
| 12. OPPENHEIMER SMALL MIDCAP OEGYX | A | Dividend | | | Sold | 08/10/12 | J | A | |
| 13. VIRTUS SMALL CAP FUND PXSGX | A | Dividend | | | Sold | 08/10/12 | J | A | |
| 14. T ROWE GLOBAL TECH FUND PRGTX | A | Dividend | | | Sold | 12/19/12 | J | A | |
| 15. R S INVT GLOBAL RESOURCES RSNYX | A | Dividend | | | Sold | 08/10/12 | J | A | |
| 16. RYDEX MID-CAP FUND RYBHX | A | Dividend | | | Sold | 08/10/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 17. YACKTMAN FOCUSED FUND YAFFX | A | Dividend | | | Sold | 08/10/12 | J | A | |
| 18. RYDEX MID-CAP 400 RYBHX | A | Dividend | | | Sold | 08/10/12 | J | A | |
| 19. SODASTREAM INT'L SODA | | None | | | Buy | 08/03/12 | J | | |
| 20. SODA STREAM INT'L SODA | | None | | | Sold | 12/18/12 | J | B | |
| 21. DOUBLE LINE TOTAL RETURN BOND I DBLTX | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 22. DOUBLE LINE TOTAL RETURN BOND I DBLTX | A | Dividend | | | Sold (part) | 08/10/12 | J | A | |
| 23. NATIXIS ASG MANAGED FUTURE STRATEGY ASFYX | A | Dividend | J | T | Buy | 03/02/12 | J | | |
| 24. NATIXIS ASG MANAGED FUTURE STRATEGY ASFYX | A | Dividend | | | Sold (part) | 08/10/12 | J | A | |
| 25. ORGANOVO HOLDINGS ONVO | | None | J | T | Buy | 08/21/12 | J | | |
| 26. VELTI PLC VELT | | None | J | T | Buy | 08/12/12 | J | | |
| 27. 3D SYSTEMS CORP DDD | | None | | | Buy | 08/12/12 | J | | |
| 28. 3D SYSTEMS CORP DDD | | None | | | Sold | 11/13/12 | J | A | |
| 29. STRATASYS SSYS | | None | | | Buy | 08/10/12 | J | | |
| 30. STRATASYS SSYS | | None | | | Sold | 11/13/12 | J | A | |
| 31. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERGER, ROBERT D.** | 05/06/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ASSETS MARKED WITH TWO ASTERISKS (**), PART VII, INVESTMENTS AND TRUSTS, LINES 5-7, ARE OWNED

| Name of Person Reporting | Date of Report |
|---|---|
| BERGER, ROBERT D. | 05/06/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT D. BERGER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544